# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTSON RESOURCES, L.L.C., <br> Plaintiff, <br> v. <br> DOCULYNX, INC., <br> Defendant. | Case No. 8:17-cv-00101 JLS (JCGx) <br> Hon. Josephine Staton, Ctrm 10A <br> Hon. Jay C. Gandhi, Ctrm 6A <br><br> **STIPULATED JUDGMENT** |
| DOCULYNX, INC., <br> Counterclaimant, <br> v. <br> MATTSON RESOURCES, L.L.C., <br> Counterdefendant. | |

WHEREAS, Mattson Resources, L.L.C., a California limited liability company ("Mattson"), and Doculynx, Inc., a Nebraska corporation ("Doculynx"), have entered into that certain Settlement and Release Agreement (the "Agreement") and the Stipulation for Entry of Judgment (the "Stipulation");

WHEREAS there is no just reason for delay as Doculynx has stipulated to

the entry of Judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Mattson is hereby awarded judgment in full upon its complaint in this action against Doculynx pursuant to the Stipulation in the amount of $275,000 (the "Settlement Amount").

2. Doculynx shall pay Mattson the Settlement Amount in twenty-four (24) monthly installments of $11,458.33 (which includes both principal and interest), with the first settlement payment due on or before June 15, 2017, and each subsequent settlement payment due on or before the 15th day of each month thereafter.

3. In the event that Doculynx is late on any payment due hereunder, interest shall accrue at the rate of 10% per annum on the late balance of the Settlement Amount until the late amount is paid in full.

4. If Doculynx fails to fully and timely make any payment or to otherwise perform the obligations set forth in the Agreement or the Stipulation, Mattson may, without written notice, enforce this Judgment in the full amount of the Settlement Amount, plus any accrued interest, and less any amounts paid by Doculynx, by any lawful means, and Mattson is entitled to recover its reasonable attorneys' fees and costs incurred to enforce this Judgment.

5. This Judgment constitutes the full and final resolution of this action, including all claims asserted in Mattson's complaint and Doculynx's counterclaim. Doculynx's counterclaim is dismissed with prejudice.

6. The Agreement shall survive entry of this Judgment.

Dated: May 26, 2017

Honorable Josephine Staton
United States District Judge